UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 14 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Mary Kathleen Jacobs-Cardenas-Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1959 |
| ) | |
| First Trinity Lutheran Church *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis*, but will dismiss the complaint as frivolous and delusional.

Plaintiff's complaint states at the outset that "I am here in Washington, D.C. so that I could receive a Terrorism compliant against the City of Washington as well as receive an appt. before the General of the United States because I am U.S. Blood and Brain Research of the United States Military for the purpose of receiving an appt. to complete a litigation against Nazi in regards to my being allowed to be U.S. Law of U.S. Research. I am very important and my Blood research is Blood to the Pentagon." (Compl. at 2.)[1] The remainder of the lengthy complaint discusses plaintiff's ancestors and their relationship with the U.S. military, Pentagon, and CIA. The complaint alleges no wrong-doing by any of the named defendants. Further, the relief requested consists of letters to various entities requesting that the addressee ensure the

---

[1] The pages of the complaint are unnumbered.

plaintiff's safety, and that she be allowed to re-enter Law school. (*Id.* at 8.) She also seeks a "Letter to the State and Local Court for publication." (*Id.*)

This complaint presents exactly the sort of "fantastic or delusional scenarios" that warrant dismissal. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints).

A separate order accompanies this memorandum opinion.

Date: 10/30/08

_____
United States District Judge